AO 245H (Rev. 12/07) Judgment in a Criminal Case for a Petty Offense (Short Form)
Sheet 1

# UNITED STATES DISTRICT COURT

District of Colorado

| UNITED STATES OF AMERICA | Judgment in a Criminal Case |
|---|---|
| v. | (For a Petty Offense) — Short Form |
| MATTHEW STUBBS | Case No. 07-po-00024-GJR |
| | USM No. |
| | Edward Nugent |
| | Defendant's Attorney |

**THE DEFENDANT:**

☑ **THE DEFENDANT** pleaded guilty to count(s)   One (Superseding Information)

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| C.R.S. 42-4-1402 | Careless Driving | 08/05/2007 | One |

☐ Count(s) _____    ☐ is   ☐ are dismissed on the motion of the United States.

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments are to be made as directed by the court.

| Total: $ 510.00 | **Assessment** $ 10.00 | **Fine** $ 500.00 |
|---|---|---|

Last Four Digits of Defendant's Soc. Sec. No.: 4862

Defendant's Year of Birth: 1967

City and State of Defendant's Residence: Grand Junction, CO

04/01/2008
Date of Imposition of Judgment

*/s/ Gudrun Rice/*
Signature of Judge

Gudrun J. Rice                Magistrate Judge
Name and Title of Judge

04/01/2008
Date